UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 0:23-cv-61595

STATE OF FLORIDA and the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

    *Plaintiffs*,

v.

CHIQUITA BROOKS-LaSURE, in her official capacity as Administrator for the Centers for Medicare & Medicaid Services; THE CENTERS FOR MEDICARE & MEDICAID SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the UNITED STATES OF AMERICA.,

    *Defendants.*

_____/

## **AMICUS BRIEF IN SUPPORT OF PLAINTIFFS**

Saving Hospitals, Saving Lives ("SHSL") and the National Minority Quality Forum ("NMQF")(collectively "Amici Curiae") hereby submit the following amicus brief in support of the above-styled action filed by the plaintiffs, State of Florida and Florida Agency for Health Care Administration ("Plaintiffs").

SHSL is a nonprofit advocacy organization, led by a network of local pastors, that speaks as the voice of minority communities on the importance of the viability of the nation's healthcare safety net and the critical care that it provides. NMQF is a 501(c)(3) not-for-profit research and advocacy organization based in Washington, DC. The mission of NMQF is to reduce patient risk

by assuring optimal care for all, and its vision is an American health services research, delivery and financing system whose operating principle is to reduce patient risk for amenable morbidity and mortality while improving quality.

SHSL and NMQF support the Plaintiffs' opposition to the policy expressed in the February 17, 2023 Informational Bulletin ("2023 Bulletin") published by the Center for Medicare and Medicaid Services ("CMS"). Amici Curiae are in a unique position to provide meaningful guidance in this matter because of their focus on how Medicaid policy impacts the delivery of quality health care to Medicaid patients.

The policy expressed in the 2023 Bulletin would undermine the safety net and compromise access to healthcare for the over 90 million Medicaid beneficiaries in the United States.[1] That population includes individuals from all racial and ethnic groups, and those who live in traditionally underserved and rural communities.

The Medicaid Program covers 1 in 5 Americans nationwide,[2] nearly a quarter of individuals under age 65 who live in rural areas,[3] nearly half of all births in most states,[4] almost two-thirds of births nationwide among Black individuals, and almost three in five Hispanic births across the

---

[1] May 2023 Medicaid and CHIP Enrollment Data Highlights, Medicaid.gov, https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html

[2] R. Rudowitz, R. Garfield, & E. Hinton, *10 Things to Know About Medicaid: Setting the Facts Straight*, Kaiser Family Foundation (Mar. 06, 2019), https://www.kff.org/medicaid/issue-brief/10-things-to-know-about-medicaid-setting-the-facts-straight/ (as of June 29, 2023).

[3] Medicaid and CHIP Payment and Access Commission, *Medicaid and Rural Health*, MACPAC.gov (April 2021) https://www.macpac.gov/publication/medicaid-and-rural-health/ (June 29, 2023).

[4] *Id.*

United States.[5] In addition, Medicaid covers 15% of all individuals with diagnosed diabetes,[6] approximately 15% of cancer patients under age 64,[7] and nearly 50% of patients who are dependent upon lifesaving dialysis treatments.[8] Further, Medicaid covers 83% of poor children, 48% of children with special health care needs, 43% of nonelderly adults with disabilities, and more than 60% nursing home residents.[9]

It is important to note that multiple states have reported that, on expanding Medicaid eligibility, they experienced an aggregate decrease in all-cause mortality rates.[10] Even without expansion, Medicaid has long been associated with improved self-reported health status and

---

[5] March of Dimes Peristats, *Medicaid Coverage by Race/Ethnicity: United States, 2018-2020 Average*, March of Dimes (December 2020), https://www.marchofdimes.org/peristats/data?reg=99&top=11&stop=653&lev=1&slev=1&obj=1 (as of June 29, 2023).

[6] Kaiser Commission on Key Facts, *The Role of Medicaid for People with Diabetes*, Kaiser Family Foundation (Nov. 2012), https://www.kff.org/wp-content/uploads/2013/01/8383_d.pdf (as of June 29, 2023).

[7] Laura Sanatham, *Why some patients will fall off a Medicaid coverage cliff this summer*, PBS.org (April 12, 2023), https://www.pbs.org/newshour/health/why-some-cancer-patients-will-fall-off-a-medicaid-coverage-cliff-this-summer#:~:text=Nationwide%2C%20an%20estimated%2015%20percent,to%20the%20American%20Cancer%20Society. (as of June 29, 2023).

[8] Dialysis Patient Citizens, *Medicaid*, Dialysispatients.org (undated), https://www.dialysispatients.org/policy-issues/promote-financial-security/medicaid/ (as of June 29, 2023).

[9] R. Rudowitz, R. Garfield, & E. Hinton, *10 Things to Know About Medicaid: Setting the Facts Straight*, Kaiser Family Foundation (Mar. 06, 2019), https://www.kff.org/medicaid/issue-brief/10-things-to-know-about-medicaid-setting-the-facts-straight/ (as of June 29, 2023).

[10] Robert Wood Johnson Foundation, Medicaid's Impact on Health Care Access, Outcomes, and State Economies, Briefing Series: Key Medicaid Issues for New State Policymakers, Issue 3 (February 2019), https://www.rwjf.org/en/insights/our-research/2019/02/medicaid-s-impact-on-health-care-access-outcomes-and-state-economies.html (as of June 29, 2023).

decreased infant, child, and adult mortality rates.[11]   Changes to the Medicaid program that jeopardize coverage put these improved outcomes at risk.

CMS, through its stewardship of the Medicaid program, has within its control one of the largest and most effective platforms to drive improvements in access to high quality and effective health services that reduce patients' risk for amenable morbidity and mortality. Maximizing the potential of that platform without increasing potential risk for the beneficiary population must be the priority.

The policy announced in the 2023 Bulletin, which would restrict Medicaid fund based on an expanded "hold harmless" definition that exceeds statutory requirements, is a policy that was first articulated, but ultimately withdrawn, in 2019's failed proposed Medicaid Fiscal Accountability Rule ("MFAR").  According to an analysis of MFAR authored by the American Hospital Association ("AHA"), it is estimated that this policy change would reduce Medicaid funding by between $37 billion and $49 billion dollars each year.[12]   Hospital revenues to support care to Medicaid beneficiaries would be reduced by approximately $23 billion to $31 billion annually.[13]  Those reductions, according to the AHA, "could unquestionably mean cuts in program enrollment and covered services" and the "impact for some states could be catastrophic."[14]  The

---

[11] *Id.*

[12] American Hospital Association, *Fact Sheet: Medicaid Fiscal Accountability Rule*, https://www.aha.org/system/files/media/file/2020/01/fact-sheet-medicaid-fiscal-accountability-rule-mfar.pdf (as of September 1, 2023).

[13] American Hospital Association, *Fact Sheet: Medicaid Fiscal Accountability Rule*, https://www.aha.org/system/files/media/file/2020/01/fact-sheet-medicaid-fiscal-accountability-rule-mfar.pdf (as of September 1, 2023).

[14] American Hospital Association, *Fact Sheet: Medicaid Fiscal Accountability Rule*, https://www.aha.org/system/files/media/file/2020/01/fact-sheet-medicaid-fiscal-accountability-rule-mfar.pdf (as of September 1, 2023)

same policy is announced in the 2023 Bulletin, and therefore the same drastic financial impacts can be expected.

NMQF has conducted an analysis of the 2023 Bulletin's impact in Florida using data published by the Florida Agency for Health Care Administration ("AHCA") that describe the amount of Medicaid supplemental payments supported by Local Provider Participation Funds ("LPPF"). *See* NMQF Analysis attached as Exhibit A. Because the 2023 Bulletin's restrictions on Medicaid funding would call into question the validity of all LPPF-generated funds, every dollar of these Medicaid supplemental payments is at risk. NMQF's analysis suggests that the burdens imposed by this policy change will create an outsized impact on access to care in racial and ethnic minority communities across the state. For example:

- Florida Congressman Maxwell Frost's (D-Orlando) district has a large Black and Hispanic population (26% and 30%, respectively),[15] and relies on provider taxes to support approximately $542,930,000 in total Medicaid hospital payments annually.

- Florida Congresswoman Cathy Castor's (D-Tampa) district has a large Hispanic population (28%),[16] and relies on provider taxes to support approximately $280,010,000 in total Medicaid hospital payments annually.

- **Together, these two Congressional districts make up almost a third of the total $2.7 billion at stake in Florida.**

---

[15] Florida's 10th Congressional District, United States Census Bureau Data, [Index of /programs-surveys/acs/data/2021/CD118_Data_Profiles/ALL_CD by Nation (census.gov)](#)

[16] Florida's 14th Congressional District, United States Census Bureau Data, [Index of /programs-surveys/acs/data/2021/CD118_Data_Profiles/ALL_CD by Nation (census.gov)](#)

Because minority racial and ethnic populations in the United States rely on Medicaid services to a disproportionate degree relative to white, non-Hispanic populations, these cuts have the potential to create avoidable and similarly disproportionate morbidity and mortality. Again, according to the Kaiser Family Foundation ("KFF"), 29 million Black or Hispanic individuals would be disproportionally impacted by the policy set forth in the 2023 Bulletin.[17]  Medicaid funding cuts that accompany these policies would directly threaten access to care for children, the elderly, new mothers, and infants – particularly - in urban and rural areas and areas with high minority populations.

Unfortunately, this is not the first time health care advocates have had to voice opposition to such a disastrous policy.  In 2019, many of SHSL's members submitted comments in opposition to the same policy that CMS tried to implement in the proposed MFAR.  Those comments joined others in expressing opposition to that proposed rule.  CMS received 4,010 comments from across the country warning of the severe damage the policy would cause to the safety net.[18]  Ultimately, because the policy was so ill-conceived, CMS Administrator Seema Verma withdraw the rule.[19]

The problems in that policy were so apparent that opposition transcended political lines. At least 14 different states submitted comments in opposition, including a joint letter in opposition from states as disparate as Illinois and Louisiana, Oregon and South Carolina, and Washington and

---

[17] KFF State Health Facts, *Medicaid Coverage Rates for the Nonelderly by Race/Ethnicity*, https://www.kff.org/medicaid/state-indicator/nonelderly-medicaid-rate-by-raceethnicity/?dataView=1&currentTimeframe=1&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D (as of September 1, 2023).

[18] Medicaid Fiscal Accountability Regulation (CMS-2393-P), Comments on Docket CMS-2019-0169, https://www.regulations.gov/docket/CMS-2019-0169, (as of September 1, 2023).

[19] Statement from CMS administrator Seema Verma, https://twitter.com/SeemaCMS/status/1347208167227330561?s=20

Tennessee.[20]  Then-Senator Kamala Harris joined 26 other Senators in warning that this policy poses "disastrous consequences for the Medicaid program and millions of individuals it serves."[21]  President Biden himself ran on a platform that included opposition to MFAR.[22]  He affirmed the withdrawal of the proposed rule when taking office, and he saw the process of withdrawal through to completion.[23]

Unfortunately, CMS has repeatedly revived its efforts to codify the most harmful provisions of the withdrawn MFAR proposal.  In fact, SHSL was a group formed in response to CMS's attempt to push this failed policy in litigation against Texas in 2021, which resulted in a federal court's finding that CMS's position is "distanced from the statutory text."[24]  CMS ultimately voluntarily abandoned its position.[25]  Regrettably, the 2023 Bulletin makes clear that

---

[20]  14 States Chart and Comment Letters, https://mcusercontent.com/6f30dcabca324361c55ad7aa4/files/e7294f01-71b1-4130-126f-4b2c150314e4/14_States_Chart_and_Letters.pdf

[21] US Senator Warner (VA) Press Release, *Warner Senate Democrats Raise Concerns About Harmful Medicaid Regulation*, https://www.warner.senate.gov/public/index.cfm/2020/3/warner-senate-democrats-raise-concerns-about-harmful-medicaid-regulation (as of September 1, 2023).

[22]  Biden Campaign Website Screenshot, https://mcusercontent.com/6f30dcabca324361c55ad7aa4/files/55f64e87-63ac-6025-6ad9-763b6aa2d924/Biden_Website_Screenshot.pdf

[23] Medicaid Fiscal Accountability Regulation, Withdrawal of Proposed Rule, https://www.federalregister.gov/documents/2021/01/19/2021-01078/medicaid-program-medicaid-fiscal-accountability-regulation#:~:text=The%20proposed%20rule%20on%20Medicaid,is%20withdrawn%20January%2021%2C%202021 (as of September 1, 2023).

[24] Judge Cam Barker Opinion, *Texas v. Brooks-LaSure*, No. 6:21-CV-00191, 2021 WL 5154219, at *1 (E.D. Tex. Aug. 20, 2021).
[25] Stipulation of Dismissal, *Texas v. Brooks-LaSure*, No. 6:21-cv-00191-JCB, (E.D. Tex. May 10, 2022), ECF No. 112.

CMS is once again attempting to revive the prior administration's failed assault on Medicaid safety net funding. This effort is wrong.

Like its predecessors, the 2023 Bulletin has drawn widespread opposition. The State of Texas filed a lawsuit and, notably, obtained a preliminary injunction instructing CMS to refrain from enforcing the policy announced in the 2023 Bulletin because of the likelihood of Texas's success on the merits of its argument that the agency simply lacks statutory authority to implement this harmful policy change.[26] In the Texas case, CMS acknowledged on the record that the 2023 Bulletin is a restatement of the policy it announced – and subsequently withdrew—in the proposed MFAR rule.[27]

Amici Curiae again hoped this injunctive relief would stop CMS's ongoing attempts to limit an essential Medicaid funding tool. But yet again, CMS is taking multiple bites at this apple. On May 3, 2023, CMS published a proposed Medicaid and Children's Health Insurance Program ("CHIP") Managed Care Access, Finance, and Quality Rule that, among other things, would formalize the same policy position regarding provider taxes announced and withdrawn in MFAR and revived in the 2023 Bulletin.[28]

---

[26] *Texas v. Brooks-LaSure*, No. 6:23-CV-161-JDK, 2023 WL 4304749, at *1 (E.D. Tex. June 30, 2023).

[27] Texas Preliminary Injunction Transcript with highlights (June 8, 2023), https://mcusercontent.com/6f30dcabca324361c55ad7aa4/files/c1a8c3a1-c274-67f4-0fbf-4af17cf33d20/TX_PI_Transcript_Highlighted_3_.pdf

[28] Federal Register - Proposed Rule, Medicaid Program; Medicaid and Children's Health Insurance Program (CHIP) Managed Care Access, Finance, and Quality, https://www.federalregister.gov/documents/2023/05/03/2023-08961/medicaid-program-medicaid-and-childrens-health-insurance-program-chip-managed-care-access-finance (as of September 1, 2023).

Amici Curiae have joined a number of stakeholders, including at least 13 state Medicaid agencies and state hospital associations, in opposing this harmful policy.[29] California, Michigan, Tennessee, Texas, and others all wrote to state that this policy will damage access to care and is outside the agency's authority.[30] This bipartisan concern only emphasizes the critical threat to responsible public health infrastructure posed by CMS's insistence on pursuing this policy.

Amici Curiae are especially concerned that, despite CMS's many failed attempts to advance this policy, the agency has never addressed how this policy shift will impact efforts to bridge the gap for equitable access to care. Nor has CMS addressed the financial impact to both urban and rural parts of the country and to poor communities along the Mexican border. CMS has had four years to justify this proposed policy, and it has not provided a single statistic addressing these issues. This interference in the manner in which States generate their share of Medicaid funding must not be allowed to stand until—at a minimum—the states and CMS agree on how the bulletin will impact the equitable access to care.

The pastors making up SHSL are called to fight for funding that helps their community members live longer, healthier lives. Similarly, NMQF is focused on evidence-based health care policy that will reduce patient risk and improve quality of life for all populations. Amici Curiae urge this Court to protect access to care for all Americans by instructing CMS to withdraw the 2023 Bulletin.

---

[29] Medicaid Program: Medicaid and Children's Health Insurance Program (CHIP) Managed Care Access, Finance, and Quality – Proposed Rule, *Comments on Docket (CMS-2023-0071)*, https://www.regulations.gov/document/CMS-2023-0071-0001/comment.

[30] Stakeholder Comments and Letters, https://mcusercontent.com/6f30dcabca324361c55ad7aa4/files/706a9978-8ef7-bcac-6e58-a52cb1b75f49/HH_Chart_and_Letters.pdf

Dated: September 12, 2023

Respectfully submitted,

*/s/ Matthew H. Mandel*
Matthew H. Mandel (FBN 0147303)
mmandel@wsh-law.com
**WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.**
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone:  954-763-4242
Facsimile:  954-764-7770

*Counsel for Amici Curiae, Saving Hospitals, Saving Lives and the National Minority Quality Forum*

# Exhibit A

## FLORIDA U.S. CONGRESSIONAL DISTRICT ANALYSIS

On February 17, the Centers for Medicare & Medicaid Services (CMS) issued an Informational Bulletin imposing new limitations on health care related taxes. CMS has also proposed a new rule incorporating this guidance. If enforced, the agency's position poses a significant threat to the Medicaid safety net, threatening at least **$2,711,160,000** in annual Medicaid revenues in Florida alone. The guidance upends widespread reliance on provider tax financing arrangements over the past 30 years, and a federal court has already characterized this policy as beyond the appropriate scope of the governing statute.

**CMS' legally unsound policy is a threat to Florida's health care safety net that transcends partisan politics. Both "red" and "blue" districts will be impacted by the unnecessary funding crisis generated by this policy change.**

| District Impact by Party | Percent Impact | Supplemental Payments at Risk |
|---|---|---|
| Republican Districts | 52% | $ 1,401,930,000 |
| Democrat Districts | 48% | $ 1,309,250,000 |
| **State Total** | **100%** | **$ 2,711,180,000** |

| Impact Ranking | Representative | Party | Supplemental Payments at Risk |
|---|---|---|---|
| 1 | Maxwell Frost | Democrat | $ 542,930,000 |
| 2 | Kathy Castor | Democrat | $ 280,010,000 |
| 3 | Mario Díaz-Balart | Republican | $ 230,090,000 |
| 4 | Maria Elvira Salazar | Republican | $ 206,080,000 |
| 5 | Debbie Wasserman Schultz | Democrat | $ 135,340,000 |
| 6 | Kat Cammack | Republican | $ 116,540,000 |
| 7 | Darren Soto | Democrat | $ 103,810,000 |
| 8 | Jared Moskowitz | Democrat | $ 90,840,000 |
| 9 | Scott Franklin | Republican | $ 80,940,000 |
| 10 | John Rutherford | Republican | $ 79,900,000 |
| 11 | Matt Gaetz | Republican | $ 79,450,000 |
| 12 | Byron Donalds | Republican | $ 78,490,000 |
| 13 | Sheila Cherfilus-McCormick | Democrat | $ 74,020,000 |
| 14 | Neal Dunn | Republican | $ 62,040,000 |
| 15 | Aaron Bean | Republican | $ 54,150,000 |
| 16 | Lois Frankel | Democrat | $ 50,550,000 |
| 17 | Vern Buchanan | Republican | $ 50,390,000 |
| 18 | Brian Mast | Republican | $ 48,480,000 |
| 19 | Gus Bilirakis | Republican | $ 46,990,000 |
| 20 | Michael Waltz | Republican | $ 44,390,000 |
| 21 | Anna Paulina Luna | Republican | $ 41,360,000 |
| 22 | Carlos A. Giménez | Republican | $ 40,310,000 |
| 23 | Bill Posey | Republican | $ 40,140,000 |
| 24 | Laurel Lee | Republican | $ 35,040,000 |
| 25 | Frederica Wilson | Democrat | $ 31,750,000 |
| 26 | Greg Steube | Republican | $ 28,100,000 |
| 27 | Daniel Webster | Republican | $ 23,760,000 |
| 28 | Cory Mills | Republican | $ 15,290,000 |

## FLORIDA STATE HOUSE DISTRICT ANALYSIS

On February 17, the Centers for Medicare & Medicaid Services (CMS) issued an Informational Bulletin imposing new limitations on health care related taxes. CMS has also proposed a new rule incorporating this guidance. If enforced, the agency's position poses a significant threat to the Medicaid safety net, threatening at least **$2,711,160,000** in annual Medicaid revenues in Florida alone. The guidance upends widespread reliance on provider tax financing arrangements over the past 30 years, and a federal court has already characterized this policy as beyond the appropriate scope of the governing statute.

**CMS' legally unsound policy is a threat to Florida's health care safety net that transcends partisan politics. Both "red" and "blue" districts will be impacted by the unnecessary funding crisis generated by this policy change.**

| District Impact by Party | Percent Impact | Supplemental Payments at Risk |
|---|---|---|
| Republican Districts | 49% | $ 1,324,900,000 |
| Democratic Districts | 51% | $ 1,386,260,000 |
| **State Total** | **100%** | **$ 2,711,160,000** |

| Impact Ranking | Representative | Party | Supplemental Payments at Risk | Impact Ranking | Representative | Party | Supplemental Payments at Risk |
|---|---|---|---|---|---|---|---|
| 1 | Anna Eskamani | Democrat | $ 531,130,000 | 33 | John Snyder | Republican | $ 16,910,000 |
| 2 | Ashley Gantt | Democrat | $ 208,850,000 | 34 | Patricia Hawkins-Williams | Democrat | $ 16,580,000 |
| 3 | Demi Busatta Cabrera | Republican | $ 165,390,000 | 35 | Kaylee Tuck | Republican | $ 16,170,000 |
| 4 | Lindsay Cross | Democrat | $ 126,620,000 | 36 | Jeff Holcomb | Republican | $ 15,240,000 |
| 5 | Marie Woodson | Democrat | $ 101,430,000 | 37 | Joseph Casello | Democrat | $ 14,930,000 |
| 6 | Chuck Clemons | Republican | $ 89,510,000 | 38 | Fiona McFarland | Republican | $ 14,450,000 |
| 7 | Susan Valdes | Democrat | $ 78,160,000 | 39 | Sam Garrison | Republican | $ 14,420,000 |
| 8 | Karen Gonzalez Pittman | Republican | $ 76,410,000 | 40 | Jim Mooney | Republican | $ 13,760,000 |
| 9 | Fred Hawkins | Republican | $ 64,380,000 | 41 | Randy Maggard | Republican | $ 13,730,000 |
| 10 | Jenna Persons-Mulicka | Republican | $ 60,040,000 | 42 | Felicia Simone Robinson | Democrat | $ 13,680,000 |
| 11 | Wyman Duggan | Republican | $ 47,310,000 | 43 | Bob Rommel | Republican | $ 13,540,000 |
| 12 | Chip LaMarca | Republican | $ 47,170,000 | 44 | Dotie Joseph | Democrat | $ 13,230,000 |
| 13 | Alex Andrade | Republican | $ 46,330,000 | 45 | Kimberly Berfield | Republican | $ 12,950,000 |
| 14 | Jennifer Canady | Republican | $ 39,300,000 | 46 | Christine Hunschofsky | Democrat | $ 12,820,000 |
| 15 | Allison Tant | Democrat | $ 36,640,000 | 47 | T. Patterson Maney | Republican | $ 11,710,000 |
| 16 | Jervonte Edmonds | Democrat | $ 34,540,000 | 48 | Berny Jacques | Republican | $ 11,470,000 |
| 17 | Tom Leek | Republican | $ 32,550,000 | 49 | Michelle Salzman | Republican | $ 11,100,000 |
| 18 | Kimberly Daniels | Democrat | $ 31,630,000 | 50 | Robin Bartleman | Democrat | $ 11,010,000 |
| 19 | Danny Alvarez | Republican | $ 27,270,000 | 51 | Shane Abbott | Republican | $ 10,850,000 |
| 20 | Jessica Baker | Republican | $ 25,100,000 | 52 | Peggy Gossett-Seidman | Republican | $ 10,810,000 |
| 21 | Vicki Lopez | Republican | $ 21,860,000 | 53 | Mike Caruso | Republican | $ 10,780,000 |
| 22 | David Silvers | Democrat | $ 21,330,000 | 54 | David Borrero | Republican | $ 10,420,000 |
| 23 | Juan Fernandez-Barquin | Republican | $ 21,330,000 | 55 | Paul Renner | Republican | $ 10,130,000 |
| 24 | Yvonne Hayes Hinson | Democrat | $ 20,560,000 | 56 | Chase Tramont | Republican | $ 9,880,000 |
| 25 | Fentrice Driskell | Democrat | $ 20,240,000 | 57 | Kevin Steele | Republican | $ 9,540,000 |
| 26 | Will Robinson | Republican | $ 19,510,000 | 58 | Keith Truenow | Republican | $ 9,510,000 |
| 27 | Kristen Arrington | Democrat | $ 19,500,000 | 59 | Linda Chaney | Republican | $ 9,180,000 |
| 28 | Rick Roth | Republican | $ 18,800,000 | 60 | Jennifer Harris | Democrat | $ 8,960,000 |
| 29 | Philip Griffitts | Republican | $ 18,610,000 | 61 | Michael Gottlieb | Democrat | $ 8,600,000 |
| 30 | Fabián Basabe | Republican | $ 18,520,000 | 62 | Michael Grant | Republican | $ 8,410,000 |
| 31 | Alina Garcia | Republican | $ 18,200,000 | 63 | Brad Yeager | Republican | $ 8,140,000 |
| 32 | Sam Killebrew | Republican | $ 18,060,000 | 64 | Josie Tomkow | Republican | $ 8,090,000 |

## FLORIDA STATE HOUSE DISTRICT ANALYSIS

| Impact Ranking | Representative | Party | Supplemental Payments at Risk |
|---|---|---|---|
| 65 | Bruce Antone | Democrat | $ 7,930,000 |
| 66 | Susan Plasencia | Republican | $ 7,470,000 |
| 67 | Toby Overdorf | Republican | $ 7,460,000 |
| 68 | LaVon Bracy Davis | Democrat | $ 7,280,000 |
| 69 | Katherine Waldron | Democrat | $ 7,240,000 |
| 70 | Alex Rizo | Republican | $ 6,900,000 |
| 71 | Robert Brackett | Republican | $ 6,860,000 |
| 72 | Angela Nixon | Democrat | $ 6,730,000 |
| 73 | Lawrence McClure | Republican | $ 6,530,000 |
| 74 | Rachel Plakon | Republican | $ 6,250,000 |
| 75 | Mike Giallombardo | Republican | $ 6,130,000 |
| 76 | Adam Anderson | Republican | $ 5,680,000 |
| 77 | Bobby Payne | Republican | $ 5,360,000 |
| 78 | Taylor Yarkosky | Republican | $ 5,270,000 |
| 79 | Chuck Brannan | Republican | $ 5,240,000 |
| 80 | Juan Carlos Porras | Republican | $ 5,220,000 |
| 81 | Daryl Campbell | Democrat | $ 5,160,000 |
| 82 | Ralph Massullo Jr. | Republican | $ 4,960,000 |
| 83 | John Temple | Republican | $ 4,690,000 |
| 84 | Lauren Melo | Republican | $ 4,470,000 |
| 85 | Joel Rudman | Republican | $ 4,170,000 |
| 86 | Stan McClain | Republican | $ 3,910,000 |
| 87 | Webster Barnaby | Republican | $ 3,900,000 |
| 88 | Spencer Roach | Republican | $ 3,560,000 |
| 89 | Melony Bell | Republican | $ 3,370,000 |
| 90 | Paula Stark | Republican | $ 2,880,000 |
| 91 | James Buchanan | Republican | $ 2,480,000 |
| 92 | Randy Fine | Republican | $ 2,300,000 |
| 93 | Tommy Gregory | Republican | $ 2,130,000 |
| 94 | Jason Shoaf | Republican | $ 2,060,000 |
| 95 | Tyler Sirois | Republican | $ 1,970,000 |
| 96 | Mike Beltran | Republican | $ 1,490,000 |
| 97 | Tiffany Esposito | Republican | $ 1,400,000 |
| 98 | Dean Black | Republican | $ 1,350,000 |
| 99 | Ryan Chamberlin | Republican | $ 1,240,000 |
| 100 | Kiyan Michael | Republican | $ 1,050,000 |
| 101 | Michele Rayner-Goolsby | Democrat | $ 890,000 |
| 102 | Hillary Cassel | Democrat | $ 630,000 |
| 103 | Tom Fabricio | Republican | $ 70,000 |

# FLORIDA STATE SENATE DISTRICT ANALYSIS

On February 17, the Centers for Medicare & Medicaid Services (CMS) issued an Informational Bulletin imposing new limitations on health care related taxes. CMS has also proposed a new rule incorporating this guidance. If enforced, the agency's position poses a significant threat to the Medicaid safety net, threatening at least **$2,711,160,000** in annual Medicaid revenues in Florida alone. The guidance upends widespread reliance on provider tax financing arrangements over the past 30 years, and a federal court has already characterized this policy as beyond the appropriate scope of the governing statute.

**CMS' legally unsound policy is a threat to Florida's health care safety net that transcends partisan politics. Both "red" and "blue" districts will be impacted by the unnecessary funding crisis generated by this policy change.**

| District Impact by Party | Percent Impact | Supplemental Payments at Risk |
|---|---|---|
| Republican Districts | 65% | $ 1,758,380,000 |
| Democratic Districts | 35% | $ 952,770,000 |
| **State Total** | **100%** | **$ 2,711,150,000** |

| Impact Ranking | Representative | Party | Supplemental Payments at Risk |
|---|---|---|---|
| 1 | Ileana Garcia | Republican | $ 373,180,000 |
| 2 | Jason Brodeur | Republican | $ 322,100,000 |
| 3 | Linda Stewart | Democrat | $ 287,130,000 |
| 4 | Jay Collins | Republican | $ 154,570,000 |
| 5 | Jason W. B. Pizzo | Democrat | $ 150,630,000 |
| 6 | Darryl Ervin Rouson | Democrat | $ 135,730,000 |
| 7 | Tracie Davis | Democrat | $ 110,770,000 |
| 8 | Jennifer Bradley | Republican | $ 109,180,000 |
| 9 | Bobby Powell | Democrat | $ 66,660,000 |
| 10 | Jonathan Martin | Republican | $ 66,180,000 |
| 11 | Colleen Burton | Republican | $ 65,450,000 |
| 12 | Doug Broxson | Republican | $ 61,600,000 |
| 13 | Tom A. Wright | Republican | $ 50,240,000 |
| 14 | Erin Grall | Republican | $ 49,160,000 |
| 15 | Danny Burgess | Republican | $ 48,620,000 |
| 16 | Alexis Calatayud | Republican | $ 41,750,000 |
| 17 | Jay Trumbull | Republican | $ 41,180,000 |
| 18 | Tina Scott Polsky | Democrat | $ 40,980,000 |
| 19 | Ana Maria Rodriguez | Republican | $ 40,310,000 |
| 20 | Corey Simon | Republican | $ 38,710,000 |
| 21 | Ed Hooper | Republican | $ 35,220,000 |
| 22 | Rosalind Osgood | Democrat | $ 32,320,000 |
| 23 | Lauren Book | Democrat | $ 32,240,000 |
| 24 | Jr. Torres, Victor M. | Democrat | $ 31,340,000 |
| 25 | Gayle Harrell | Republican | $ 30,900,000 |
| 26 | Joe Gruters | Republican | $ 29,250,000 |
| 27 | Lori Berman | Democrat | $ 26,970,000 |
| 28 | Blaise Ingoglia | Republican | $ 24,900,000 |
| 29 | Debbie Mayfield | Republican | $ 24,490,000 |
| 30 | Jim Boyd | Republican | $ 23,460,000 |
| 31 | Shevrin D. "Shev" Jones | Democrat | $ 22,790,000 |

## FLORIDA COUNTY IMPACT ANALYSIS

On February 17, the Centers for Medicare & Medicaid Services (CMS) issued an Informational Bulletin imposing new limitations on health care related taxes. CMS has also proposed a new rule incorporating this guidance. If enforced, the agency's position poses a significant threat to the Medicaid safety net, threatening at least **$2,711,160,000** in annual Medicaid revenues in Florida alone. The guidance upends widespread reliance on provider tax financing arrangements over the past 30 years, and a federal court has already characterized this policy as beyond the appropriate scope of the governing statute.

**CMS' legally unsound policy is a threat to Florida's health care safety net that transcends partisan politics. Both "red" and "blue" counties will be impacted by the unnecessary funding crisis generated by this policy change**.

| Impact Ranking | County | Supplemental Payments at Risk | Impact Ranking | County | Supplemental Payments at Risk |
|---|---|---|---|---|---|
| 1 | Orange | 624,210,000 | 29 | Charlotte | 9,120,000 |
| 2 | Miami-Dade | 500,600,000 | 30 | Highlands | 8,950,000 |
| 3 | Broward | 236,410,000 | 31 | Indian River | 6,860,000 |
| 4 | Hillsborough | 210,100,000 | 32 | St. Johns | 6,440,000 |
| 5 | Pinellas | 166,790,000 | 33 | Walton | 6,140,000 |
| 6 | Palm Beach | 121,430,000 | 34 | Okeechobee | 5,860,000 |
| 7 | Duval | 111,820,000 | 35 | Okeechobee | 5,860,000 |
| 8 | Alachua | 89,510,000 | 36 | Putnam | 5,340,000 |
| 9 | Polk | 68,820,000 | 37 | Citrus | 4,960,000 |
| 10 | Lee | 67,580,000 | 38 | Columbia | 4,520,000 |
| 11 | Escambia | 57,430,000 | 39 | Santa Rosa | 4,170,000 |
| 12 | Volusia | 41,450,000 | 40 | Monroe | 3,770,000 |
| 13 | Pasco | 37,910,000 | 41 | Flagler | 3,690,000 |
| 14 | Leon | 36,060,000 | 42 | Washington | 2,820,000 |
| 15 | Brevard | 33,270,000 | 43 | DeSoto | 2,210,000 |
| 16 | St. Lucie | 27,490,000 | 44 | Hendry | 1,830,000 |
| 17 | Osceola | 22,380,000 | 45 | Hardee | 1,370,000 |
| 18 | Marion | 21,800,000 | 46 | Nassau | 1,350,000 |
| 19 | Manatee | 21,640,000 | 47 | Sumter | 1,050,000 |
| 20 | Bay | 18,610,000 | 48 | Gulf | 1,030,000 |
| 21 | Sarasota | 17,570,000 | 49 | Taylor | 990,000 |
| 22 | Collier | 16,170,000 | 50 | Jackson | 930,000 |
| 23 | Lake | 14,770,000 | 51 | Calhoun | 780,000 |
| 24 | Clay | 14,440,000 | 52 | Madison | 590,000 |
| 25 | Martin | 13,910,000 | 53 | Baker | 450,000 |
| 26 | Hernando | 12,380,000 | 54 | Union | 260,000 |
| 27 | Okaloosa | 11,710,000 | 55 | Holmes | 180,000 |
| 28 | Seminole | 9,190,000 | 56 | Franklin | 50,000 |