IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **STATE OF FLORIDA**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-cv-61595-WPD |
| **CHIQUITA BROOKS-LASURE**, *et al.*, | ) |
| Defendants. | ) |

### RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF

On September 12, 2023, Savings Hospitals, Saving Lives ("SHSL") and the National Minority Quality Forum ("NMQF") submitted a Motion for Leave to File Amicus Brief, ECF No. 14 ("Motion"). On September 13, 2023, the Court entered an Order requiring a response to the Motion on or before September 19, 2023. Order Requiring Expedited Response, ECF No. 15. Consistent with that Court order, Defendants now file this response.

Defendants do not oppose the Motion.

Date: September 18, 2023

Respectfully submitted,
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Alexandra.R.Saslaw@usdoj.gov
Telephone: (202) 514-4520
*Counsel for Defendants*