UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STATE OF FLORIDA, *et al.*,

    Plaintiffs,

v.                                        Case No. 23-cv-61595-WPD

CHIQUITA BROOKS-LASURE, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss the Complaint (the "Motion"), filed December 11, 2023. [DE 38] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 38] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1(a)(3), which requires the moving party to certify that it has conferred, or describes a reasonable effort to confer, with the parties affected in a good faith effort to resolve the dispute.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 11th day of December 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Though a motion to dismiss for failure to state a claim is an enumerated exception to Local Rule 7.1(a)(3), a motion to dismiss under Rule 12(b)(1) is not.

Copies furnished to:

Counsel of Record