UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| STATE OF FLORIDA and the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>CHIQUITA BROOKS-LaSURE, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the UNITED STATES OF AMERICA,<br><br>   *Defendants*. | Case No. 23-cv-61595-WPD |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs the State of Florida and the Florida Agency for Health Care Administration appeal to the U.S. Court of Appeals for the Eleventh Circuit the Order Approving Report of Magistrate Judge, by which the Court denied Plaintiffs' motion for a preliminary injunction, granted Defendants' motion to dismiss, denied any other pending motions as moot, and dismissed and closed the case. Doc. 53 (Mar. 6, 2024).

Dated:  March 21, 2024

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

Respectfully submitted,

*/s/ Jesse Panuccio*
Jesse Panuccio
Fla. Bar No. 31401
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Ste. 1200
Fort Lauderdale, FL 33301

1

James H. Percival (FBN 1016188)  
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)  
SOLICITOR GENERAL

*/s/ Natalie P. Christmas*  
Natalie P. Christmas (FBN 1019180)  
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General  
The Capitol, Pl-01  
Tallahassee, FL 32399-1050  
(850) 414-3300  
(850) 410-2672 (fax)  
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

(954) 356-0011

David M. Lehn (*pro hac vice*)  
Cameron C. Miller (*pro hac vice*)  
BOIES SCHILLER FLEXNER LLP  
1401 New York Ave, N.W.  
Washington, D.C. 20005  
(202) 237-2727

Andrew T. Sheeran  
Fla. Bar No. 30599  
GENERAL COUNSEL  
Agency for Health Care Administration  
2727 Mahan Drive, Mail Stop #3  
Tallahassee, FL 32308  
(850) 412-3670  
Andrew.Sheeran@ahca.myflorida.com

*Counsel for the Florida Agency for Health Care Administration*