UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61595-CIV-DIMITROULEAS

STATE OF FLORIDA, et. al.,

    Plaintiffs,

vs.

CHIQUITA BROOKS-LASURE, et al.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon the Mandate of the United States Court of Appeals for the Eleventh Circuit, by which this Court's previous Order granting Defendants' motion to dismiss and dismissing the Complaint was reversed, the Court's denial of the preliminary injunction affirmed, and this action remanded to this Court for further proceedings consistent with the opinion. *See* [DE 63].

Consistent with the Eleventh Circuit's Mandate, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Clerk is **DIRECTED** to **REOPEN** this case.

    2.    Defendants' Motion to Dismiss [DE 40] is **DENIED**;

    3.    Defendants shall file a response to the Complaint [DE 1] by February 25, 2026.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record